AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Mr. Sandy Wesley Jones | )<br>) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 4 : 17 – cv – 00403 |
| Ms. Martha Kinard | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Ms. Martha Kinard
    National Labor Relations Board REGION 16
    819 Taylor Street, Room 8A24
    Fort Worth, Texas 76102 - 6178

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Sandy Wesley Jones
    2802 REESE LANE
    AZLE, TEXAS 76020

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/30/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Sandy Wesley Jones

*Plaintiff*

Fort Worth Stage Employees Local 126

*Defendant*

Civil Action No. 4 : 17 – cv – 00403

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Fort Worth Stage Employees Local 126
    P.O. Box 185178
    Fort Worth, Texas 76181 - 0178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Sandy Wesley Jones
    2802 REESE LANE
    AZLE, TEXAS 76020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/30/17

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Sandy Wesley Jones )
)
*Plaintiff* )
v. ) Civil Action No. 4 : 17 – cv – 00403
)
Marla Faulk )
)
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Ms. Marla Faulk
    5640 Brookside Dr. # 1102
    Benbrook, Texas 76109

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Sandy Wesley Jones
    2802 REESE LANE
    AZLE, TEXAS 76020

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 06/30/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Sandy Wesley Jones )
)
*Plaintiff* )
)
v. ) Civil Action No. 4 : 17 – cv – 00403
)
Terry Behle )
)
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Terry Behle
    5640 Brookside Dr. # 1102
    Benbrook, Texas 76109

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Sandy Wesley Jones
    2802 REESE LANE
    AZLE, TEXAS 76020

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/30/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Mr. Sandy Wesley Jones | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 4 : 17 – cv – 00403 |
| Mr. Mike Stephens | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Mr. Mike Stephens
> 3900 University Blvd.
> Fine Arts Center 1120
> Tyler, Texas, 75799

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Sandy Wesley Jones
> 2802 REESE LANE
> AZLE, TEXAS 76020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/30/17

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Mr. Sandy Wesley Jones

*Plaintiff*

v.

Ms. Soni Speer

*Defendant*

Civil Action No. 4 : 17 – cv – 00403

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ms. Soni Speer
Fort Worth Stage Employees Local 126
P.O. Box 185178
Fort Worth, Texas 76181 - 0178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sandy Wesley Jones
2802 REESE LANE
AZLE, TEXAS 76020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/30/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Sandy Wesley Jones )
)
*Plaintiff* )
)
v. ) Civil Action No. 4 : 17 – cv – 00403
)
Mr. Dan Akeman )
)
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mr. Dan Akeman
Fort Worth Stage Employees Local 126
P.O. Box 185178
Fort Worth, Texas  76181 - 0178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sandy Wesley Jones
2802 REESE LANE
AZLE, TEXAS 76020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/30/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Sandy Wesley Jones )
)
*Plaintiff* )
v. ) Civil Action No. 4 : 17 – cv – 00403
Ms. Diane Freeman )
)
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Ms. Diane Freeman
    Fort Worth Stage Employees Local 126
    P.O. Box 185178
    Fort Worth, Texas 76181 - 0178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Sandy Wesley Jones
    2802 REESE LANE
    AZLE, TEXAS 76020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/30/17

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Mr. Sandy Wesley Jones <br><br> *Plaintiff* <br> v. <br> Mr. Larry Henke <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 4 : 17 – cv - 00403 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Mr. Larry Henke
    P.O, Box 211142
    Bedford, Texas   76095

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Sandy Wesley Jones
    2802 REESE LANE
    AZLE, TEXAS 76020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                            CLERK OF COURT

Date: 6/30/17

                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Mr. Sandy Wesley Jones )
)
*Plaintiff* )
v. ) Civil Action No. 4 : 17 – cv – 00403
Mr. Tom Limb )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Mr. Tom Limb
    3912 Bonnie Drive
    Fort Worth, Texas 76116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Sandy Wesley Jones
    2802 REESE LANE
    AZLE, TEXAS 76020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/30/17

*Signature of Clerk or Deputy Clerk*