# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Fort Worth Division*

J. Wesley (Sandy) Jones

Plaintiff

v.

Fort Worth Stage Employees Union Local 126, et al.

Defendant

4:17-cv-00403-Y

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendants International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories and Canada, Fort Worth Stage Employees Local 126, and Marla Faulk, Terry Behle, Diane Freeman, Soni Speer, Dan Akeman, Larry Henke, Mike Stephens, Jason Hromadka, Carter Selby, Chip Wood, Tomb Limb, and Garland Crafton

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff J. Wesley (Sandy) Jones
Defendants International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories and Canada,
Fort Worth Stage Employees Local 126, Marla Faulk, Terry Behle, Diane Freeman, Soni Speer, Dan Akeman, Larry Henke, Mike Stephens, Jason Hromadka, Carter Selby, Chip Wood, Tomb Limb, Garland Crafton, Martha Kinard

| | |
|---|---|
| Date: | August 18, 2017 |
| Signature: | /s/ Rod Tanner |
| Print Name: | Rod Tanner |
| Bar Number: | Texas 19637500 |
| Address: | 6300 Ridglea Place, Suite 407 |
| City, State, Zip: | Fort Worth, Texas 76116-5706 |
| Telephone: | 817.377.8833 |
| Fax: | 817.377.1136 |
| E-Mail: | rtanner@rodtannerlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons