```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

| | | |
|---|---|---|
| J. WESLEY JONES | § | |
| | § | |
| VS. | § | CIVIL NO. 4:17-CV-403-Y |
| | § | |
| FORT WORTH STAGE EMPLOYEES | § | |
| UNION LOCAL 126, ET AL. | § | |

### NOTICE OF INTENTION TO DISMISS WITHOUT PREJUDICE

The above-styled and numbered cause of action was filed on May 17, 2017. Although more than ninety days have passed since the filing of the original complaint, no proof of service on defendant Martha Kindard is on record in this cause. Therefore, it is, **ORDERED** that if Plaintiff desires to pursue his claim against defendant Kindard, he shall file a proof of service as required by Rule 4.1 of the Local Civil Rules of the Northern District of Texas no later than **September 15, 2017**, or his claims against defendant Kindard will be dismissed without prejudice and without further notice. *See* Fed. R. Civ. P. 4(m).

SIGNED August 30, 2017.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE